IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   CRIMINAL NO. MJM-25-022 |
| TATIANA SIGAL | * |
| | * |
| Defendant. | * |
| | ******* |

**CONSENT MOTION TO EXTEND DEADLINE
FOR GOVERNMENT TO FILE OPPOSITION TO DEFENDANT
TATIANA SIGAL'S MOTION FOR A PRETRIAL EVIDENTIARY HEARING**

The government, by undersigned counsel, respectfully submits this consent motion to extend the deadline for the filing of its opposition to defendant Tatiana Sigal's May 19, 2025, motion for a pretrial evidentiary hearing (ECF 44) from June 2, 2025, to June 23, 2025.

1. On February 5, 2025, the Grand Jury for the United States District Court for the District of Maryland returned the Indictment in this case, charging Ms. Sigal with Conspiracy to Commit Visa Fraud and Marriage Fraud, in violation of 18 U.S.C. § 371.

2. On March 14, 2025, the defendants, including Ms. Sigal, appeared before United States Magistrate Judge Charles D. Austin for their initial appearances.

3. On March 18, 2025, United States Magistrate Judge A. David Copperthite signed a seizure warrant authorizing the seizure of funds in specific bank accounts belonging to Ms. Sigal. On April 4, 2025, the government produced its first batch of discovery in this case, including the affidavit submitted in support of the seizure warrant.

4. On May 19, 2025, Ms. Sigal filed a motion for a pretrial evidentiary hearing.

1

5. Defense counsel and the government are engaging in discussions that may obviate the need for the Court to resolve Ms. Sigal's motion. The government requests a 21-day extension in order to allow those discussions to continue.

6. Ms. Sigal's counsel consents to the requested extension.

**WHEREFORE**, the government respectfully requests that the June 2, 2025, deadline for the filing of pretrial motions be extended until June 23, 2025.

Respectfully submitted,

Kelley O. Hayes
United States Attorney

By: _____/s/_____
Spencer L. Todd
Michael Aubin
Assistant United States Attorneys

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the above-stamped date, a copy of the foregoing was served via CM/ECF to parties in this matter.

                    By:    /s/
                          Spencer L. Todd
                          Assistant United States Attorney