

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Spencer L. Todd*
*Assistant United States Attorney*
*Spencer.Todd@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4929*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

June 16, 2025

Honorable Matthew J. Maddox
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

Re:   *United States v. Tatiana Sigal*
      Criminal No. MJM-25-022

Dear Judge Maddox:

The government and Tatiana Sigal respectfully submit this joint letter to inform the Court that Ms. Sigal's pending motion for a hearing in connection with the seizure of funds pursuant to a seizure warrant, filed on May 19, 2025 (ECF No. 44), has been resolved through voluntary agreement between the parties. Accordingly, the relief sought in the motion is no longer necessary.

The parties therefore respectfully request that the Court dismiss as moot Ms. Sigal's motion. A proposed order is attached.

Respectfully submitted,

/s/
Spencer L. Todd
Michael F. Aubin
Assistant United States Attorneys

/s/
Eugene Gorokhov
David B. Smith
Counsel for Tatiana Sigal