_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

NOV 21 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties hereby stipulate and agree that if this matter had gone to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter gone to trial.*

Shawnta Hopper was born in 1992 and is a citizen of the United States. Hopper knowingly entered into a conspiracy to defraud the United States, and specifically to commit visa fraud with other co-conspirators, known and unknown. Hopper conspired to knowingly make materially false statements in visa applications, visa extensions, and documents required by the immigration laws, and to cause, and to attempt to cause, an alien to enter and obtain entry to the United States by a willfully false and misleading representation and/or the willful concealment of a material fact.

### Relevant Entities and Background

At all relevant times, United States Citizenship and Immigration Services ("USCIS") was an agency of the United States Department of Homeland Security ("DHS") responsible for overseeing lawful immigration to the United States and providing procedures for United States citizens and permanent residents to acquire permanent resident status for their immigrant spouses. To perform this function, USCIS required persons to submit various immigration forms, including: Form I-130 (Petition for Alien Relative), a form used by a United States citizen in support of an alien's application for immigration benefits; and Form I-485 (Application to Register Permanent Residence of Adjust Status), a form used by an alien seeking a change in his or her immigration status.

At all relevant times, an alien could obtain lawful permanent residence in the United States based upon his or her valid marriage to a United States citizen. The U.S. citizen in a valid marriage could apply for such an immigration benefit. After a legitimate marriage, the U.S. citizen spouse could file Form I-130, while the beneficiary alien spouse could simultaneously file a Form I-485. After filing the requisite paperwork, the petitioner and beneficiary spouse would be scheduled for an interview with USCIS for the purpose of determining eligibility for the adjustment of immigration status. The purpose of such an interview would be to determine that the parties were each free to marry, that the marriage was entered into in good faith, and that the marriage is bona fide (i.e., not entered into for the purpose of obtaining immigration benefits in the United States).

An applicant filing the Form I-130 or the Form I-485 had to sign the application under penalty of perjury under the laws of the United States, verifying that all of the information and documentation submitted was complete, true, and correct. Additionally, anyone who assisted the applicant in preparing the application was also required to sign the application under the penalty of perjury and declare that the information contained within the application was true based upon the preparer's personal knowledge or information provided to the preparer by the applicant.

BY _____ DEPUTY
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

NOV 21 2025

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

## Hopper's Conduct

Hopper and her co-conspirators conspired to enrich themselves by operating a marriage-fraud scheme in which they facilitated the creation of sham marriages in order to illegally obtain admission and immigrant status for aliens in the United States. It was a part of the conspiracy that Hopper and others recruited, enticed, and encouraged United States citizens to enter into fake marriages with aliens for the primary purpose of circumventing immigration laws of the United States, and to make false representations to USCIS. It was further a part of the conspiracy that U.S. citizens were induced to enter into sham marriages with the promise of payment.

In furtherance of the conspiracy, from at least December 2020 through March 2022, Hopper recruited Maryland-based U.S. citizens to enter into sham marriages with aliens. Hopper promised U.S. citizens payment in return for entering into sham marriages and petitioning for immigration benefits on behalf of alien spouses. For example, in December 2020, Hopper recruited a U.S. citizen-spouse residing in Maryland, A.G., to enter into a sham marriage with an alien, K.G., with the promise of payment. After A.G. and K.G. wed, Hopper obtained copies of A.G.'s birth certificate and social security card for use in preparing a false application for immigration benefits. A.G. subsequently filed a Form I-130 on behalf of K.G. K.G. paid thousands of dollars to Hopper's co-conspirators to facilitate the marriage and prepare a false application for immigration benefits.

In April 2021, Hopper recruited a U.S. citizen-spouse residing in Maryland, M.B., to enter into a sham marriage with an alien, D.I. To facilitate the sham marriage, Hopper arranged for M.B. to travel from Maryland to Connecticut, where the marriage ceremony occurred. Likewise, in March 2022, Hopper recruited a third U.S. citizen-spouse residing in Maryland, R.A., with the promise of payments in exchange for entering into a sham marriage with an alien, O.B. To facilitate the sham marriage, Hopper made arrangements for R.A. to travel to Connecticut, where the marriage ceremony occurred. As a result of Hopper's efforts, at least six U.S. citizen spouses entered into sham marriages and made immigration filings with USCIS. The primary purpose of the marriages was to circumvent U.S. immigration laws.

SO STIPULATED:

_____
Michael F. Aubin
Spencer L. Todd
Assistant United States Attorneys

11

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

OCT. 20, 2025
Date

_____
Shawnta Hopper

I am Shawnta Hopper's attorney. I have carefully reviewed every part of this Statement of Facts with her. To my knowledge, her decision to sign it is an informed and voluntary one.

10/21/25
Date

_____
Rebecca LeGrand, Esq.

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

NOV 21 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

12